AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | Case: 1:23-mj-00352 |
|---|---|---|
| v. | ) | Assigned To : Faruqui, Zia M. |
| Barbara Balmaseda | ) | Assign. Date : 12/13/2023 |
| DOB: XXXXXX | ) | Description: COMPLAINT W/ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1512(a)(2)(C) - Obstruction of Justice/Threat of Physical Force for Reporting Crime,
18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) (Disorderly or disruptive conduct in a restricted building or grounds),
40 U.S.C. § 5104(e)(2)(D) (Disorderly or disruptive conduct in a Capitol building),
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __12/13/2023__

_____
*Judge's signature*

City and state:   Washington, D.C.   Honorable Zia M. Faruqui
*U.S. Magistrate Judge*