AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| United States of America<br>v.<br>Barbara Balmaseda<br><br>*Defendant* | ) ) ) ) ) ) ) | Case: 1:23-mj-00352<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 12/13/2023<br>Description: COMPLAINT W/ARREST WARRANT |
|---|---|---|

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Barbara Balmaseda _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(a)(2)(C) - Obstruction of Justice/Threat of Physical Force for Reporting Crime;
18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) (Disorderly or disruptive conduct in a restricted building or grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly or disruptive conduct in a Capitol building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 12/13/2023

*Issuing Officer's signature*
Zia M. Faruqui

City and state: Washington, D.C.

Honorable Zia M. Faruqui
*U.S. Magistrate Judge*

---

**Return**

This warrant was received on *(date)* 12/13/23, and the person was arrested on *(date)* 12/14/23
at *(city and state)* Miami Lakes, FL.

Date: 12/14/23

*Arresting officer's signature*

Taylor Nicklin, Special Agent
*Printed name and title*