# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:23-mj-352** |
| | : | |
| **BARBARA BALMASEDA,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF ERRATA

The United States of America respectfully submits this Notice of Errata to its Criminal Complaint, at ECF No. 1, in order to correct an inadvertent clerical error. At ECF No. 1, the Criminal Complaint states that the Defendant is charged with "18 U.S.C. § 1512(a)(2)(C) - Obstruction of Justice/Threat of Physical Force for Reporting Crime," when the correct code section and offense description is "18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding." The Statement of Facts identifies the correct statute. [ECF No. 1-1 at p. 24].

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:     /s/ Taylor L. Fontan
Taylor L. Fontan
IN Bar No. 35690-53
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20001
(202) 815-8597
Taylor.fontan@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On this eighteenth day of December, 2023, a copy of the foregoing was served via email

to the following:

Aubrey Webb
Law Offices of Aubrey Webb, P.A.
55 Merrick Way Ste 212
Coral Gables, FL 33134-5125
Office: 786-953-8655
Cell: 786-302-0928
aubrey@aqwattorney.com

By:     <u>*/s/ Taylor L. Fontan*</u>
        Taylor L. Fontan
        Assistant United States Attorney