UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 1:23-MJ-00352-ZMF

v.

BARBARA BALMASEDA,

    **Defendant.**

_____/

### *NOTICE OF APPEARANCE AS COUNSEL*

**PLEASE TAKE NOTICE** that the undersigned attorney, by his signature below, hereby enters his appearance on behalf of the Defendant, Barbara Balmaseda, for trial purposes, in the above-styled cause and as such, requests that the Clerk of Court forward any and all notices to the address below.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office Assistant United States Attorney Taylor Fontan on this 19th day of December, 2023.

    **Respectfully submitted,**

    */s/ Nayib Hassan*

    **Nayib Hassan, Esq., (Fla Bar No. 20949)**
    **Attorney for Defendant**
    **LAW OFFICES OF NAYIB HASSAN, P.A.**
    6175 NW 153 St., Suite 209
    Miami Lakes, Florida 33014
    Tel. No.: 305.403.7323
    Fax No.: 305.403.1522
    Email Address: *hassan@nhassanlaw.com*