UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:23-mj-352 |
| : | |
| BARBARA BALMASEDA, : | |
| : | |
| Defendant. : | |

SECOND CONSENT MOTION TO CONTINUE THE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, requests a 30-day continuance of the status conference set for April 11, and exclude time under the Speedy Trial Act. In support of the consent motion, the Government states as follows:

1. Barbara Balmaseda is charged with Obstruction of an Official Proceeding in violation of 18 U.S.C. § 1512(c)(2); Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(2); Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); and Parading, Demonstrating or Picketing in the Capitol Buildings in violation of 40 U.S.C. § 5104(e)(2)(G).

2. There is currently a status conference set for April 11, 2024, at 1:00 P.M.

3. The Government is in the process of producing discovery, including additional portions of the agent file, evidence in third-party devices, and additional video of Ms. Balmaseda inside the U.S. Capitol building. A 30-day continuance would allow the government to produce additional discovery, including but not limited to voluminous pages of extracted group chat

messages from cellular devices. A continuance would also provide Ms. Balmaseda sufficient time to review discovery and provide the parties with additional time to engage in plea discussions.

4. The parties have agreed upon a 30-day continuance and suggest a new status conference date of May 9, 2024, or May 14, 2024. If the Court is unavailable, the parties and the Court can work together to find another date that is available to all.

5. As noted above, Ms. Balmaseda consents to this motion. This is the Government's second motion to continue.

6. The Government requests that the Court exclude time under the Speedy Trial Act. In this case, an ends-of-justice continuance is warranted under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv). The Capitol Attack is likely the most complex investigation ever prosecuted by the Department of Justice. Due to the number of individuals currently charged across the Capitol Attack investigation and the nature of those charges, the on-going investigation of many other individuals, the volume and nature of discoverable materials, and the reasonable time necessary for effective preparation by all parties taking into account the exercise of due diligence, the failure to grant such a continuance in this proceeding would be likely to make a continuation of this proceeding impossible, or result in a miscarriage of justice. Accordingly, the ends of justice served by granting a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

7. Ms. Balmaseda consents to the exclusion, under the Speedy Trial Act, of the time between April 11, 2024 and the next court date.

For the foregoing reasons, the Government requests the Court to continue the April 11, 2024 status conference, and that the Court exclude the time within which the defendant be indicted and the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis

that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), for the reasons detailed above.

                                                           Respectfully submitted,

                                                           Matthew M. Graves
                                                           United States Attorney
                                                           D.C. Bar No. 481052

By:      /s/ *Taylor L. Fontan*
           Taylor L. Fontan, IN Bar No. 35690-53
           Assistant United States Attorney
           601 D Street NW
           Washington, D.C. 20001
           Phone: (202) 815-8597
           Email: Taylor.fontan@usdoj.gov